**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
         against
Ronald Peteka
_____
(Alias) _____
_____
                    Please PRINT Clearly
```

07CR 826
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ___NY___ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
9/7/07

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Brian John Griffin
Attorney for Defendant

Foley Griffin Jacobson & Faria
Firm name if any

666 Old Country Rd - Ste 305
Street address

Garden City     NY     11530
City            State      Zip

516-742-1140
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186