PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Ronald Peteka

Docket No. 07-CR-826

Petition for Action on Conditions of Pretrial Release

COMES NOW Joshua A. Rothman, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ronald Peteka, who was placed under pretrial supervision by the Honorable Gabriel W. Gorenstein sitting in the Court at Southern District of New York, on 4/4/07 under the following conditions:

$35,000 personal recognizance bond co-signed by the defendant's wife, travel restricted to the Southern and Eastern Districts of New York and Jersey City, surrender travel documents (& no new applications), regular Pretrial Services supervision (one telephone contact per month).

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant has been compliant with his bail conditions since his release in April of 2007 and continues to report as instructed. He is scheduled to appear before Your Honor for a Pretrial Conference on April 28, 2008 and trial is scheduled to begin on May 6, 2008. I have spoken with Assistant United States Attorney Joshua Klein and defense counsel Brian Griffin regarding this request. Neither expressed an objection to the request.

**PRAYING THAT THE COURT WILL ORDER THAT** the defendant's bail conditions be modified to remove Pretrial Services supervision.

ORDER OF COURT

The request is granted.
Considered and ordered this 10th day of April, 2008 and ordered filed and made a part of the records in the above case.

_____
Laura Taylor Swain
U.S. District Judge

Respectfully,

_____
Joshua A. Rothman
Pretrial Services Officer

Place: SDNY, NY

Date: April 9, 2008