# FOLEY, GRIFFIN, JACOBSON & FARIA, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
JAY D. JACOBSON
JOSEPH A. FARIA

KAREN A. FOLEY

666 OLD COUNTRY ROAD, SUITE 305
GARDEN CITY, NEW YORK 11530
TEL. (516) 741-1110
FAC. (516) 741-9171
writer's e-mail: bjg@foleygriffin.com

MANHATTAN OFFICE
60 EAST 42ND STREET, SUITE 820
NEW YORK, NY
(212) 876-7300

USDC
DOCUM
ELECTRON
DOC #:
DATE FILED: APR 1 6 2008

April 15, 2008

Via Facsimile- 1-212-805-0426
The Honorable Laura Taylor Swain
United States District Court
Southern District Of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: USA v. Peteka
07 CR 826

Your Honor:

After speaking with your chambers on April 14, 2008 I am writing to request that the above noted matter, which has a trial date scheduled for May 6, 2008, be adjourned until June 11, 2008.

This request is being made with the knowledge and consent of the government, as represented by AUSA Josh Klein.

The defense understands that we are not first on the calender for a trial on the June 11, 2008 date. Further, please allow this letter to serve as our formal request to exclude the defendant's right to a speedy trial from today's date until the June 11, 2008 date.

Sincerely,

Foley, Griffin, Jacobson & Faria, LLP
By: Brian Griffin, Esq.(7541)

BJG/MA
cc: AUSA Josh Klein 212-637-2452

*[Handwritten endorsement:]* The foregoing adjournment and exclusion requests are granted as in the interests of justice, for the reasons set forth in counsel's letter of April 11, 2008. The final pretrial conference is adjourned to June 4, 2008, at 4:30pm and time is excluded from speedy trial computations from today's date through June 11, 2008.

SO ORDERED.

*[signature]* 4/16/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE