P.02/02



## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED  MAY 2 1 2008

May 20, 2008

BY FACSIMILE

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Ronald Peteka, 07 Cr. 826 (LTS)

Dear Judge Swain:

The parties respectfully submit this letter to request an adjournment of at least one month of the trial date in the above-referenced matter, which is currently scheduled for June 11, 2008. Should the Court be unable to schedule a trial in mid-July, the parties would respectfully request that the Court schedule the case for trial at its earliest convenience but not before mid-July 2008. The parties are continuing their efforts to resolve this case in advance of trial and remain confident about the prospects of reaching a pre-trial resolution. The parties further request that, should the Court grant this request, time be excluded under the Speedy Trial Clock from June 11, 2008 through the new trial date to permit the parties additional time to continue plea negotiations.

*The trial is adjourned to a control date of July 23, 2008, and the final pretrial conference is adjourned to July 14, 2008 at 2:30 p.m. The time from today's date through July 23, 2008, is excluded from speedy trial computations in the interests of justice in light of the ongoing discussions and defendant's need for advice in connection with the same.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Joshua Klein
Assistant United States Attorney
Tel.: (212) 637-2397

cc: Brian Griffin, Esq.

*SO ORDERED.*  5/20/08

**LAURA TAYLOR SWAIN U.S.D.J.**

TOTAL P.02